# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. HAMILTON,<br><br>        Plaintiff,<br><br>  v.<br><br>J. A. YATES, et al.,<br><br>        Defendants. | 1:09-cv-00579-SMS-PC<br><br>ORDER GRANTING REQUEST FOR SCREENING ORDER<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

This is a civil action filed by plaintiff Paul C. Hamilton ("plaintiff"), a state prisoner proceeding pro se. This action was initiated by civil complaint filed by plaintiff at the Fresno County Superior Court on July 14, 2008 (Case #08CECG02352). On March 30, 2009, defendants Yates, Mattingly, Trimble and Spearman ("defendants") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441(b). (Doc. 2.) In the Notice of Removal, counsel for defendants indicates that defendants received a copy of the summons and a blank complaint on February 26, 2009. Within the Notice of Removal, defendants filed a request for the court to screen plaintiff's complaint under 28 U.S.C. § 1915A and grant defendants an extension of time in which to file a responsive pleading.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint alleges that he was discriminated against, subjected to inhumane prison conditions, denied outdoor exercise, and retaliated against while incarcerated, by defendants who

1

are all employees of the California Department of Corrections and Rehabilitation ("CDCR"). Because the CDCR is a California state entity, defendants were employed at a state prison, and plaintiff was a prisoner when the alleged events occurred, the court is required to screen the complaint. Therefore, defendants' request for the court to screen the complaint shall be granted. In addition, good cause appearing, the request for an extension of time shall also be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' request for the court to screen the complaint is GRANTED, and the court shall issue a screening order in due time;
2. Defendants are GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated: April 6, 2009**  /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE